**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Glenn Lee WILLIAMS, Defendant-**
**Appellant.**

**No. 16-7159**

United States Court of Appeals,
Fourth Circuit.

Submitted: November 17, 2016

Decided: November 22, 2016

Glenn Lee Williams, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenn Lee Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Williams, No. 5:95-cr-00136-F-3 (E.D.N.C. July 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED